537 U.S. 942
 UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY, LOCAL 38
v.
HUBER, HUNT & NICHOLS, INC.
 No. 01-1790.
 Supreme Court of United States.
 October 7, 2002.
 
 1
 CERTIORARI TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT.
 
 
 2
 C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition. Reported below: 282 F. 3d 746.